**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN JOHN, Sr., et al., | No. C 16-02368 WHA |
| Petitioners, | |
| v. | **ORDER PERMITTING PETITIONERS TO FILE AMENDED PETITION** |
| AGUSTIN GARCIA, et al., | |
| Respondents. | |

The petitioners shall have until **OCTOBER 13, 2016**, to file an amended petition. Petitioners should plead their best case. Respondents shall have **28 DAYS** of the filing of the amended petition to file a motion to dismiss.

**IT IS SO ORDERED.**

Dated: September 14, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE