1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7

8                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   ADRIAN JOHN, Sr., et al.,                           No. C 16-02368 WHA

11              Petitioners,

12        v.                                             **REQUEST FOR AMICUS BRIEF**

13   AGUSTIN GARCIA, et al.,

14              Respondents.

15   _____/

16          The Court respectfully invites the United States Attorney's Office and the Department

17   of the Interior to file an amicus brief regarding the issue of jurisdiction over the pending petition

18   for habeas corpus under Section 1303 of the Indian Civil Rights.

19          This dispute involves an attempt by a newly-installed tribal council to disenroll and

20   possibly banish forty-five residents living on the reservation, most or all of whom were political

21   non-supporters of the tribal council.  The principal decisions regarding the issue of jurisdiction

22   are: *Jeffredo v. Macarro*, 599 F.3d 913 (9th Cir. 2010) and *Poodry v. Tonawanda Band of*

23   *Seneca Indians*, 85 F.3d 874 (2d Cir. 1996).

24          The Court has given petitioners a further opportunity to replead the petition in order to

25   set forth their best case for jurisdiction (and so the Court has not yet issued any ruling).  The

26   Court respectfully requests the opinion of the United States Attorney's Office and the

27   Department of the Interior regarding jurisdiction on the amended petition.  The Court is giving

28   notice so that the federal attorneys may begin their work.  Please advise the Court regarding

     when you can submit a response.

*United States District Court*
For the Northern District of California

The Clerk shall immediately serve a copy of this order on the United States Attorney's Office and the Department of the Interior.

**IT IS SO ORDERED.**

Dated:  September 14, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court

For the Northern District of California

2