1

2

3

4

5

6 IN THE UNITED STATES DISTRICT COURT

7 FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

**United States District Court**
For the Northern District of California

10  ADRIAN JOHN, Sr., et al.,                     No. C 16-02368 WHA

11              Petitioners,

12     v.                                          **ORDER REFERRING CASE FOR
                                                   MEDIATION/SETTLEMENT**
13  AGUSTIN GARCIA, et al.,

14              Respondents.

15  _____/

16       This matter is hereby **REFERRED TO MAGISTRATE JUDGE NANDOR VADAS** for

17  **MEDIATION/SETTLEMENT**.

18

19       **IT IS SO ORDERED.**

20

21  Dated:  October 5, 2016.

                                                   _____
22                                                 WILLIAM ALSUP
                                                   UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28