IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN JOHN, SR., *et al.*, | No. C 16-02368 WHA |
| Petitioners, | |
| v. | **ORDER RE REQUEST FOR AMICUS BRIEF** |
| AGUSTIN GARCIA, *et al.*, | |
| Respondents. | |

The Court is in receipt of the United States' request to submit an amicus brief on the issue of jurisdiction in this case by January 10, 2017 (Dkt. No. 32). The Court intends to move this case along in a timely manner and is not inclined to postpone proceedings until next year. The United States is invited to submit its amicus brief by **NOVEMBER 30**.

**IT IS SO ORDERED.**

Dated: October 19, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE