**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN JOHN, SR., *et al.*, | No. C 16-02368 WHA |
| Petitioners, | |
| v. | **ORDER CONTINUING DEADLINE TO FILE AMICUS BRIEF** |
| AGUSTIN GARCIA, *et al.*, | |
| Respondents. | |

In consideration of the extended schedule in this case, the last day for the United States to file an amicus brief is continued to **JANUARY 10, 2017**. Please advise whether the United States intends to file one.

**IT IS SO ORDERED.**

Dated: November 3, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE