IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADRIAN JOHN, SR., *et al.*,

    Petitioners

  v.

AGUSTIN GARCIA, *et al.*,

    Respondents.

No. C 16-02368 WHA

**ORDER CONTINUING HEARING ON MOTION TO DISMISS**

    The United States has notified the Court that it is preparing an amicus brief to be filed by January 10, 2017 (Dkt. No. 36). Each side shall have until **JANUARY 17, 2017**, to file a response to the amicus brief. The responses shall not exceed **10 PAGES** in length. The hearing on respondents' motion to dismiss is continued from December 22 to **FEBRUARY 2, 2017**.

    **IT IS SO ORDERED.**

Dated: December 2, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE