**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   ADRIAN JOHN, SR., *et al.*,                         No. C 16-02368 WHA

11          Petitioners,

12      v.                                               **NOTICE RE HEARING ON
                                                         MOTION TO DISMISS**
13   AGUSTIN GARCIA, *et al.*,

14          Respondents.
                                                /
15

16          For the benefit of the public and the parties in this action, the Court is considering

17   holding the hearing on respondents' motion to dismiss currently scheduled for February 2,

18   2017, at the Eureka Courthouse in McKinleyville, California.  The Court recognizes the San

19   Francisco Courthouse is a more convenient location for counsel, but nonetheless requests

20   counsel's views on whether McKinleyville would be a better location for the public and the

21   parties.  Counsel shall please submit any responses to this notice by **DECEMBER 13**.

22

23   Dated:  December 6, 2016.

24                                                       _____
                                                         WILLIAM ALSUP
                                                         UNITED STATES DISTRICT JUDGE
25

26

27

28