IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN JOHN, SR., *et al.*, | No. C 16-02368 WHA |
| Petitioners, | |
| v. | **NOTICE RE HEARING ON MOTION TO DISMISS** |
| AGUSTIN GARCIA, *et al.*, | |
| Respondents. | |

The Court requests and urges counsel for the United States most familiar with this case to attend the hearing on respondents' motion to dismiss, and to bring with them persons from the Bureau of Indian Affairs and Department of the Interior most familiar with the events underlying this matter. The Court will consider the position advanced in the United States' amicus brief in deciding the motion. The Court further requests that counsel for the United States be prepared to discuss the parties' responses to its amicus brief. Counsel for the United States should also meet in person with counsel for both sides prior to the hearing and attempt to articulate a precise recommended procedure for obtaining reconsideration by the Council as to all named plaintiffs. The Court needs the candor and assistance of counsel for both sides and the United States.

Dated: January 24, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE