IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN JOHN, SR., *et al.*, <br><br> Petitioners, <br><br> v. <br><br> AGUSTIN GARCIA, *et al.*, <br><br> Respondents. | No. C 16-02368 WHA <br><br> **ORDER RE HEARING ON MOTION TO DISMISS** |

      A prior notice urged counsel for the United States to meet with counsel for both sides in this matter prior to the hearing on respondents' motion to dismiss and attempt to articulate a precise recommended procedure for obtaining reconsideration by the Council as to all named petitioners (Dkt. No. 46). The Court requests that counsel for the United States submit a written statement detailing any such procedure by **FEBRUARY 1 AT 5:00 P.M.**

      Additionally, respondents shall ensure that tribal decisionmakers attend the hearing and are prepared to clearly state whether or not any proposed procedure for obtaining reconsideration will be honored in full. Petitioners shall be prepared to explain why, if at all, any proposed procedures are inadequate. Both sides shall also be prepared to discuss the extent, if any, to which the Bureau of Indian Affairs might provide relief from disenrollment.

      **IT IS SO ORDERED.**

Dated: January 31, 2017.

                                                    WILLIAM ALSUP <br>
                                                    UNITED STATES DISTRICT JUDGE