IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN JOHN, SR., *et al.*, | No. C 16-02368 WHA |
| Petitioners, | |
| v. | **ORDER TO SHOW CAUSE** |
| AGUSTIN GARCIA, *et al.*, | |
| Respondents. | |

A prior order dated May 16 granted the parties' joint request to further stay the hearing on respondents' motion to dismiss pending mediation proceedings on June 30 (Dkt. No. 65). That order required the parties to "submit another joint status report updating the Court on the progress of mediation by **JULY 3 AT NOON**" and specifically warned that "[f]urther continuances past July 3 are unlikely to be granted."

As of the date of this order, no further status report has been filed by either side, although the docket reflects that the parties participated in mediation before Judge Nandor Vadas on June 30 but were unable to settle the case (*see* Dkt. No. 68). The parties are hereby ordered to **SHOW CAUSE** in writing by **JULY 14 AT NOON** why the stay should not be lifted and a further hearing set on respondents' pending motion to dismiss (Dkt. No. 35).

**IT IS SO ORDERED.**

Dated: July 7, 2017.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE